CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 0 2 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| YAVOCKA YOUNG, | ) |
| Plaintiff, | ) Civil Action No.: 5:12cv079 |
| v. | ) |
| CITIMORTGAGE, INC. et al., | ) By: Hon. Michael F. Urbanski |
| Defendant. | ) United States District Judge |

## ORDER

This matter was referred to the Honorable James G. Welsh, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The Magistrate Judge filed a report and recommendation on May 23, 2013, recommending that the motions to dismiss filed by both defendants CitiMortgage, Inc. and J.P. Morgan Chase Bank be granted. (Dkt. No. 44). No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that defendant CitiMortgage's Motion to Dismiss (Dkt. No. 28) is **GRANTED**, defendant J.P. Morgan Chase Bank's Motion to Dismiss (Dkt. No. 32) is **GRANTED**, that the report and recommendation be **ADOPTED in its entirety** (Dkt. No. 44), and that this matter is **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order to all counsel of record, including plaintiff, proceeding pro se.

Entered: 07-02-2013

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge